Lenden F. Webb (SBN 236377)
Elizabeth A. McGee (SBN 244401)
WEBB & WALTON, LLP
466 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 570-0488
Email: LWebb@WebbWalton.com

Attorney for Plaintiffs
SHELLY CONTE, an individual;
CINDY REICHMAN, an individual



FILED
FEB 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL ROBERTS, an individual; KID-RIFFIC TOYS, LLC, a Missouri limited liability company, <br><br>Defendants. | Case No.: 10-CV-01682-AWI-SKO <br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1); [Proposed] ORDER THEREON** <br><br>Hon. Anthony W. Ishii |

PLEASE TAKE NOTICE that Plaintiffs, SHELLY CONTE and CINDY REICHMAN ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action **With Prejudice** as to Defendants, MICHAEL ROBERTS and KID-RIFFIC TOYS, LLC, a Missouri Limited Liability Company.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action **without a court order** by filing a Notice of Dismissal before the opposing party serves either an answer or a motion for summary judgment.

///

///

///

Defendants in this action have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed **With Prejudice** and without an Order of the Court.

Dated: January 11, 2011                         **WEBB & WALTON, LLP**

By *Amy Tipton for*
LENDEN F. WEBB
Attorney for Plaintiffs SHELLY
CONTE; CINDY REICHMAN

[Proposed] ORDER

Having considered Plaintiffs' **Amended** Notice of Voluntary Dismissal **With Prejudice** Pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' **Amended** Notice of Voluntary Dismissal **With Prejudice** Pursuant to Federal Rule of Civil Procedure 41(a)(1) is GRANTED.

Dated: 2-24-11

Hon. Anthony W. Ishii, Chief Judge
United States District Court

AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
- 2 -